UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS, | No. 2:19-cv-0661-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| DAVID BAUGHMAN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed his application for leave to proceed in forma pauperis using this district's current form for prisoners, nor has he dated his application.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.
2. Petitioner has 30 days from the date this order is served to submit the required application or pay the appropriate filing fee.
3. Petitioner's failure to comply with this order may result in this action being dismissed.

Dated: April 23, 2019.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE