1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CONDALEE MORRIS,                              No.  2:19-cv-00661-TLN-EFB

12                          Petitioner,

13          v.                                     **ORDER**

14   DAVID BAUGHMAN,

15                          Respondent.

16

17          Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 6, 2020, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 27.)  Neither

23   party has filed objections to the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27          1.   The findings and recommendations filed July 6, 2020 (ECF No. 27), are ADOPTED

28               IN FULL.

1

2.  This action is DISMISSED pursuant to Fed. R. Civ. P. 41(b), Rule 12, and the Rules Governing § 2254 Cases.

3.  The Clerk of the Court is directed to close the case.

4.  The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

DATED:  August 10, 2020

Troy L. Nunley
United States District Judge

2